1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   MARY SUE FELDMEIER
3  Assistant United States Attorney
   Arizona State Bar No. 030266
4  405 W. Congress Street, Suite 4800
   Tucson, AZ 85701-5040
5  Telephone: 520-620-7300
   Email: Mary.Sue.Feldmeier@usdoj.gov
6
7  TANYA SENANAYAKE
   Trial Attorney, Counterterrorism Section
8  National Security Division, U.S. Department of Justice
   D.C. Bar No. 1006218
9  950 Pennsylvania Avenue NW
   Washington, DC 20530
10 Telephone: 202-514-0849
   Email: Tanya.Senanayake3@usdoj.gov
   Attorneys for Plaintiff

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

FEB 2 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

SEALED

11

12            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ARIZONA

13

14  United States of America,          No.   CR-24-00313-PHX-MTL (JZB)

15              Plaintiff,

16      vs.                                  **I N D I C T M E N T**

17  Brian Jerry Ogstad,                 VIO:  18 U.S.C. § 875(c)
                                              (Interstate Threat)
18              Defendant.                    Counts 1 - 5

19

20  **THE GRAND JURY CHARGES:**

21                    **<u>BACKGROUND ALLEGATIONS</u>**

22  At all relevant times:

23      1.   Defendant BRIAN JERRY OGSTAD (OGSTAD) lived in or around

24  Cullman, Alabama.

25      2.   Maricopa County Elections is headquartered in Phoenix, Arizona.

26      3.   Maricopa County Elections administers city, town, school district, special

27  district, state, and federal elections in Maricopa County, Arizona, in conjunction with the

28  Maricopa County Board of Supervisors and the Maricopa County Recorder's Office.

4. On or about August 2, 2022, Arizona held primary elections for federal and state officeholders, including a gubernatorial primary election that received nationwide media coverage.

5. On or about August 2, 2022, OGSTAD sent via direct messaging several messages to an Instagram social media account maintained by Maricopa County Elections:

    a.    "^-- -- you people are so fucked! You don't think they were ready for you!? You are all fucked!"

    b.    A graphic appearing to include a snapshot of a narrative referencing alleged voter fraud in Maricopa County.

    c.    "You Fuckers are all going to jail."

    d.    "They have every vote! You fuckers think you can cheat? Ha! Stupid fuckers, do it! Hang yourself!"

6. On or about August 3, 2022, OGSTAD sent via direct messaging several messages to an Instagram social media account maintained by Maricopa County Elections:

    a.    "You did it! Now you are fucked. Dead. You will all be executed for your crimes."

    b.    A graphic depicting primary election voting results for two candidates for the 2022 Arizona gubernatorial race.

    c.    "^-- - bullshit… [Candidate-1] crushed [Candidate-2]. You fuckers are now dead. (Arrest, tried, executed)"

    d.    "^-- - Fuck you! You are caught! They have it all. You fuckers are dead."

    e.    A graphic appearing to be a snapshot of a narrative referencing alleged voter fraud in Maricopa County in Arizona's 2022 gubernatorial primary race.

    f.    "You are lying, cheating mother fuckers… you better not come in my church, my business or send your kids to my school. You are fucking stupid if you think your lives are safe."

g.   An image of the character "Woody," from the Toy Story film franchise, lying face down with an unidentified projectile in its back. A screenshot of the DM is below.



h.   A graphic appearing to be a snapshot of a post containing (1) images from a social media account maintained by Maricopa Elections regarding early, provisional election results for Arizona's 2022 primary election, and (2) an image of a narrative referencing these early election results as described in the post with a url link to the above-referenced social media account maintained by Maricopa County Elections.

i.   "You fuckers are so dead."

j.   "Arrest, tried and executed... swiftly. Bang fuckers, Bang!"

k.   A graphic appearing to depict primary election voting results for Arizona governor.

l.   "^-- -- you people are fucking stupid!"

7.   On or about August 4, 2022, OGSTAD sent via direct messaging several messages to an Instagram social media account maintained by Maricopa County Elections:

1     a.    "^-- -- you people are so ducking [sic] stupid. Everyone knows you

2           are lots [sic], cheats, frauds and in doing so in relation to elections

3           have committed treason. You will all be executed. Bang fuckers!"

4     b.    A graphic appearing to include a snapshot of a narrative referencing

5           the injection of "fake votes" in several counties.

6    8.    Through this course of conduct, OGSTAD committed the following

7 offenses:

## COUNT 1
### 18 U.S.C. § 875(c)
### (INTERSTATE THREAT)

On or about August 3, 2022, in the District of Arizona and elsewhere, the defendant BRIAN JERRY OGSTAD, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure and kill another person, to wit, any person who works at or is associated with Maricopa County Elections, by stating the following in a message to Maricopa County Elections on Instagram via direct messaging: "You did it! Now you are fucked. Dead. You will all be executed for your crimes."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### 18 U.S.C. § 875(c)
### (INTERSTATE THREAT)

On or about August 3, 2022, in the District of Arizona and elsewhere, the defendant BRIAN JERRY OGSTAD, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure and kill another person, to wit, any person who works at or is associated with Maricopa County Elections, by stating the following in a message to

Maricopa County Elections on Instagram via direct messaging: "Fuck you! You are caught! They have it all. You fuckers are dead."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### 18 U.S.C. § 875(c)
### (INTERSTATE THREAT)

On or about August 3, 2022, in the District of Arizona and elsewhere, the defendant BRIAN JERRY OGSTAD, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure and kill another person, to wit, any person who works at or is associated with Maricopa County Elections, by stating the following in a message to Maricopa County Elections on Instagram via direct messaging: "You are lying, cheating mother fuckers… you better not come in my church, my business or send your kids to my school. You are fucking stupid if you think your lives are safe."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4
### 18 U.S.C. § 875(c)
### (INTERSTATE THREAT)

On or about August 3, 2022, in the District of Arizona and elsewhere, the defendant BRIAN JERRY OGSTAD, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure and kill another person, to wit, any person who works at or is associated with Maricopa County Elections, by stating the following in a message to Maricopa County Elections on Instagram via direct messaging: "You fuckers are so dead."

In violation of Title 18, United States Code, Section 875(c).

**COUNT 5**
**18 U.S.C. § 875(c)**
**(INTERSTATE THREAT)**

On or about August 4, 2022, in the District of Arizona and elsewhere, the defendant BRIAN JERRY OGSTAD, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure and kill another person, to wit, any person who works at or is associated with Maricopa County Elections, by stating the following in a message to Maricopa County Elections on Instagram via direct messaging: "[Y]ou people are so ducking [sic] stupid. Everyone knows you are lots [sic], cheats, frauds and in doing so in relation to elections have committed treason. You will all be executed. Bang fuckers!"

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*s/*

_____
FOREPERSON OF THE GRAND JURY
Date: February 21, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*

_____
MARY SUE FELDMEIER
Assistant U.S. Attorney
District of Arizona

*s/*

_____
TANYA SENANAYAKE
Trial Attorney, Counterterrorism Section
National Security Division, U.S. Department of Justice